**Order entered September 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00699-CV**

**IN THE INTEREST OF C.B., ET AL., CHILDREN**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00992-X**

**ORDER**

The reporter's record in this parental termination case is past due. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the record **no later than September 8, 2020**. As the reporter's record was first due August 3, 2020, we caution that extension requests will not be granted absent extraordinary circumstances. *To ensure the record is filed by September 8th, the trial court shall arrange for a substitute reporter if necessary.* *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee-Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/    KEN MOLBERG
        JUSTICE